```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RICHARD J. BENDER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

FILED
JUN 11 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 6331 RIVERSIDE BLVD., SACRAMENTO, CA. | S.W. NO. 2:12-SW-304 DAD<br><br>REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT; ORDER |

The search warrant in the above-captioned proceeding was executed on June 11, 2012. As a result, there is no need for the search warrant or search warrant affidavit to remain under seal. Accordingly, the United States asks that the Court order that the search warrant and search warrant affidavit be unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: 6/11/12

By: RICHARD J. BENDER
Assistant United States Attorney

O-R-D-E-R

It is so ORDERED,

this 1~~1~~th day of June, 2012

_____
DALE A. DROZD
U.S. Magistrate Judge

1